Jelah Knight
202517891 B/C
12-29-25

To whom this may concern, I would like to make a complaint and seeking some representation in the matter for harrassment from a C.O. and his administration here at B.C.J.S. This started on Dec. 1st, 2025 inside the housing area. I was told to take off my undershirt thermal before going to the clinic by C.O. Beroa, after explaining that my blue sweater usually hides my thermal and therefore no one has ever told me that rule before, while removing my thermal I headed out the door to the clinic as I was told dressed proper and without further conversation. Then soon upon my arrival back to the unit I was ordered to lock in to my cell by C.O. Beroa, for the duration of the rec. period. Later that night during my 8pm rec. my door was unlocked and I went out, when C.O. Beroa, seen me he had ordered me to lock in for no reason and also failed write me any informal infraction as for the rule I might had violated. On 12-2-25 I wrote a grevience on the issues and Lt. Nemeth, claim to intend to address C.O. Beroa, about his professionalism. See grevience (1294-25 date 12-8-25) Moreso, I was called down to the Lt. office to give a statement on a issue that I'd witnessed in the hallway between C.O. Beroa and another inmate, about a week after that. Then that's how I'd learned that C.O. Beroa, had an history for conflicts and unprofessionalism throughout the facility at B.C.J.S. On Dec. 12, 2025 during our 2pm rec. I came out of my cell about 20-30 minutes later than everyone else, when I came out from the top teir I'd observed C.O. Beroa, immediately go up to search my cell, so I went back to

see what [ ] he didn't need to look inside [ ] items off the desk and chair. C.O. Berloa, immediately accused me of hiding weapons possiably in a joking manner and I'd responded back jokingly pointing to my arm that that was my only weapons and didn't need any other kind. I'd then been acussed of making a threat towards the officer, but then I was given the oppertunity to go take a shower first and then pack my stuff to go to Punitive Segregation Unit housing. As I was downstairs preparing I'd been accussed of threats again alledgely. During my infraction hearing I'd requested a review of the camera's and statements from inmate persons that was close by during my alleged threats and it was ignored by sergeant Acker, and he'd misinterped my statement at the hearing about this being retaliation for my previous write up grevience and my veluntary statement made to the Lt. Nemeth, just only days prior to this incedent. It is a violation of my due process rights, to have an fair and impartail hearing conducted at the B.C.J.S. when the adjudicating officer is a peer co-worker, or a outside the work freind that spend time together during friends and family functions. I've recieved 20 days based only on the belief of the officer report, and the appeal of inmate disciplinary hearing was dismissed based on the previous pretudiced investigation by Acker. I am being wrongly accused of threats, and harrased by C.O. Berloa, and his supervisors has not the intentions or power to stop him from this abuse I am being subjected to endure. I am now seeking outside entervention and representation.

